judgment should be affirmed on his opinion. 49 Misc. Rep. 340, 99 N. Y. Supp. 442. We only desire to add that when plaintiff, with proper diligence, shall finally succeed in obtaining his judgment against the trust company, and have issued execution thereon and obtained its return unsatisfied, and shall bring his action against the stockholders of the trust company to recover for the unpaid balance, and such stockholders shall plead as a defense that the action was not brought within two years from the time they ceased to be stockholders, as provided by section 55 of the stock corporation law (Laws 1892, p. 1841, c. 688), a very grave question, in our judgment, will be presented as to the constitutionality of that provision of that section. That question, in our view, is not now before us for decision. With respect to costs, we think but one bill of costs should have been allowed by the judgment, such bill to be divided amongst all the defendants whose demurrers were sustained by the judgment. The judgment is modified by striking therefrom all bills of costs except one, that one to be divided amongst all defendants whose demurrers were sustained therein, and, as so modified, affirmed, without costs in this court.

GAUSE, Appellant, v. BOLDT et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1906.) Appeal from Special Term, New York County. Action by Harry T. Gause, on behalf of himself and all other creditors of the Commonwealth Trust Company, against George C. Boldt and others. From a judgment dismissing the complaint on demurrer, plaintiff appeals. Modified and affirmed. Howard Taylor, for appellant. Charles E. Souther, for respondents Boldt et al. William H. Fain, for respondent Mynderse. York Allen, for respondent Hagemeyer. William M. Bennett, for respondents Hallowell et al. Francis S. Hutchins, for respondent Commonwealth Trust Company.

PER CURIAM. For the reasons stated in Gause v. Boldt (decided herewith) 100 N. Y. Supp. 1117, the judgment appealed from should be modified, by striking therefrom all bills of costs except one, that one to be divided among all defendants whose demurrers were sustained therein, and, as so modified, affirmed, without costs in this court.

GELENTER, Respondent, v. SCHMARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Joseh Gelenter against Jacob Schmartz. No opinion. Judgment of the Municipal Court affirmed, with costs.

GENET, Appellant, v. DELAWARE & HUDSON CO., Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Augusta G. Genet against the Delaware & Hudson Company. L. Hand, for appellant. F. E. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GERBRACHT, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Frederick Gerbracht against Edward H. Butler. No opinion. Judgment affirmed, with costs.

In re GIBBS. (Supreme Court, Appellate Division, Third Department. September 26, 1906.) In the matter of the application of Milton E. Gibbs for a writ of mandamus against John F. O'Brien, Secretary of State. No opinion. Order affirmed, with costs.

GIEBHARDT, Respondent, v. GIEBHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by John W. Giebhardt against Lizzie Giebhardt. No opinion. Motion to dismiss appeal granted, unless the appellant pay $10 costs and perfect her appeal within 10 days, in which case the motion is denied.

In re GILROY, Com'r. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the application of Thomas F. Gilroy, commissioner, for the appointment of commissioners of appraisal. No opinion. Order affirmed, with $10 costs and disbursements.

GITTINGS v. RUSSEL. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by J. Evans Gittings against William H. Russel. No opinion. Motion granted. Settle order on notice.

GLAZER, Appellant, v. HOME INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Joseph Glazer against the Home Insurance Company. No opinion. Motion granted. Order filed.

GLEICHMANN, Respondent, v. THEISS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906. Action by William Gleichmann against Frederick Theiss, Sr. No opinion. Judgment and order affirmed, with costs.

GOLDENBERG, Appellant, v. ZIRINSKY, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Solomon Goldenberg against Jacob Zirinsky. No opinion. Order affirmed, with $10 costs and disbursements.

GOLDMAN, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Sarah Goldman against Barnett B. Goldberg. No opinion. Judgment affirmed, with costs.

In re GOODMAN. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Elias B. Goodman. No opinion. Reference ordered. Settle order on notice.

GORDON, Appellant, v. ASHLEY, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Louisa Gordon, as administratrix, etc., and Joseph